**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CARRINGTON FORECLOSURE SERVICES, LLC,<br><br>            Plaintiff(s),<br><br>v.<br><br>STEVEN BLOOM, AN INDIVIDUAL; SECRETARY OF HOUSING AND URBAN DEVELOPMENT; FIESTA MAINTENANCE CORPORATION ASSOCIATION, A NEVADA NON-PROFIT CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE; ROES 1 THROUGH 10, INCLUSIVE,<br><br>            Defendant(s). | 2:22-cv-00544-VCF<br>**<u>ORDER</u>** |

Before the court is the stipulation and order to: (1) authorize payment of plaintiff's attorney's fees and costs from the excess proceeds; (2) interplead remaining excess proceeds to the court; and (3) dismiss plaintiff from this case with prejudice.  (ECF No. 5).

Pursuant to General Order 2021-13, the Clerk assigned this civil matter to the undersigned Magistrate Judge to preside over this case through the entry of final judgment, provided all parties consent.

The second sentence of page 2 of General Order 2021-13 states, "If a party does not file the completed [consent] Form with 21 days of receipt or before any dispositive motion is fully briefed, whichever is earlier, the Court will consider the party to have declined consent."

It appears that the parties have not consented to my presiding over this civil case.  The stipulation and order addresses dispositive issues, and therefore, I construe the stipulation as the functional equivalent of a fully briefed dispositive motion under General Order 2021-13.

Accordingly, I hereby DIRECT the Clerk to return this case to the random civil case assignment system for the selection of a District Judge, in accordance with General Order 2021-13.

DATED this 11th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE