UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Carrington Foreclosure Services, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>Steven Bloom, an individual, Secretary of Housing and Urban Development, et al.,<br><br>　　　　Defendants | Case No.: 2:22-cv-0544-JAD-VCF<br><br>**Order Granting HUD's Motion for Default Judgment and to Disburse Interpleader Funds to HUD**<br><br>[ECF Nos. 22, 23] |

　　　　Carrington Foreclosure Services, LLC ("Carrington") brought this interpleader action to determine the proper recipient of excess proceeds from an August 2021 nonjudicial-foreclosure sale. The United States Department of Housing and Urban Development (HUD) is the senior lien holder,[1] and it moves for a default judgment and order directing the disbursement of the excess proceeds to it.[2] No other potentially interested party has responded to this action, and default has been entered against them.[3] The deadline to respond to HUD's motion passed without response or a request to extend the deadline to file one. Because HUD has shown that it is the senior lien holder entitled to receive the excess proceeds from the foreclosure sale, that Steven Bloom and Fiesta Maintenance Corporation Association have forfeited any interest in the proceeds, and that the seven-factor analysis laid out by the Ninth Circuit in *Eitel v. McCool*[4] compels the entry of default judgment in the amount of the excess proceeds in HUD's favor,

---

[1] ECF No. 1.
[2] ECF Nos. 22, 23.
[3] ECF No. 21.
[4] *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).

IT IS ORDERED that HUD's Motion for Default Judgment and to Disburse Interpleader Funds to HUD **[ECF Nos. 22, 23] is GRANTED**.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to:**

- ENTER DEFAULT JUDGMENT in favor of the Secretary of the United States Department of Housing and Urban Development in the amount of the interpled funds [ECF No. 16];
- DISBURSE the entirety of the interpled funds [ECF No. 16], along with any accrued interest, to the Secretary of the United States Department of Housing and Urban Development; and
- CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
May 10, 2023