AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Carrington Foreclosure Services, LLC

                Plaintiff,

v.

Steven Bloom, an individual, Secretary of Housing and Urban Development, et al.,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-0544-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the DEFAULT JUDGMENT is entered in favor of the Defendant Secretary of the United States Department of Housing and Urban Development and against Plaintiff Carrington Foreclosure Services, LLC.

05/10/2023
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk